# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2204 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 34 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 17900 |
| BARRY PAUL GINSBERG, | : | |
| Respondent | : | (Montgomery County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 21st day of September, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, see Pa.R.D.E. 215(g), and Barry Paul Ginsberg is suspended on consent from the Bar of this Commonwealth for a period of three years retroactive to July 22, 2013, and he shall comply with all the provisions of Pa.R.D.E. 217.